USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/20/2023__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

KAI SINCLAIR,

                Plaintiff,

      v.

DARCARS OF RAILROAD AVENUE, INC., and
TOYOTA MOTOR CREDIT CORPORATION,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 7:23-CV-07123 (NSR)

**PROPOSED ORDER**

Upon consideration of the Parties' Joint Stipulation to Stay all Proceedings Pending Arbitration, and for the reasons set forth therein and good cause shown, it is, this 20th day of October, 2023,

ORDERED that this case is STAYED until the completion of the arbitration of Plaintiff's claims against Defendants; and it is further

ORDERED that the deadlines related to Defendant DARCARS of Railroad Avenue, Inc.'s Motion to Compel Arbitration, *see* ECF No. 19, are VACATED; and it is further

ORDERED that the Parties shall submit a status report within 21 days after the completion of the arbitration advising the Court of the results of the arbitration and, if necessary, proposing a schedule for further proceedings.

Dated: October 20, 2023
White Plains, NY

SO ORDERED:

_____
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE