USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 10/09/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAI SINCLAIR,

Plaintiff,

-against-

DARCARS OF RAILROAD AVENUE, INC. and TOYOTA MOTOR CREDIT CORPORATION,

Defendants.

No. 23-cv-7123 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

The Court acknowledges that on November 29, 2024, Plaintiff filed a motion to vacate an arbitration award. (ECF No. 32.) The docket reflects that this action remains stayed, however. After reviewing the docket, the Court deems the matter fully submitted and will issue a ruling in due course. The Clerk of Court is respectfully directed to lift the stay in this action.

SO ORDERED.

Dated: October 9, 2026
White Plains, NY

Nelson S. Román, U.S.D.J.